IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNESTINE WIGGS            :          CIVIL ACTION
                           :
            v.             :
                           :
CITY OF PHILADELPHIA, ET AL.   :          NO. 13-5193

## ORDER

**AND NOW**, this 26th day of February 2014, upon consideration of the Motion to Dismiss filed by the City of Philadelphia, (Docket No. 6) and Plaintiff's response thereto, **IT IS HEREBY ORDERED** as follows:

1.      The City's Motion to Dismiss is **GRANTED**;

2.      Counts I, II and III of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff may file a second amended complaint on or before March 31, 2014 that cures the deficiencies in her Title VII and ADEA claims (Count I), as well as her § 1983 claim for failure to train and supervise (Counts II and III); and

3.      Count IV is **DISMISED WITH PREJUDICE**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.